UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Anthony Wilson
                          Plaintiff,

v.                                            Case No.: 1:08−cv−04103
                                                         Honorable Joan H. Lefkow

Officer Kelly, et al.
                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, August 5, 2008:


       MINUTE entry before the Honorable Joan H. Lefkow: Status hearing set for
10/2/2008 at 09:30 AM.Mailed notice(mad, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.